■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCIS E. DEC, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Noonan, JJ.

■ NATIONAL SURETY CORPORATION, Respondent, v. ROBERT R. KAUFMAN, Appellant.— Order, entered on March 11, 1960, granting plaintiff's motion for an order, pursuant to rules 104 and 113 of the Rules of Civil Practice, striking defendant's answer as sham and granting summary judgment in favor of plaintiff, and the judgment entered thereon, unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Noonan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL CONFORTI, Appellant, et al., Defendants.— Order, entered on or about October 28, 1959, denying defendant's application for a writ of error coram nobis, unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Noonan, JJ.